# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:10-CV-9-RLV-DCK

| | |
|---|---|
| FOTHERINGHAM & ASSOCIATES, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed February 26, 2010 for admission of Quintin F. Lindsmith as counsel *pro hac vice* on behalf of Defendant Nationwide Mutual Insurance Company.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Lindsmith shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Nationwide Mutual Insurance Company. It appears that Mr. Lindsmith has associated Jeffrey S. Southerland of Tuggle Duggins & Meschan, P.A., as local counsel.

Signed: February 26, 2010

David C. Keesler
United States Magistrate Judge